```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 15-04388-JJT
Sean Bernard Levandoski                                         Chapter 13
Rebecca Marie Levandoski
          Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-5      User: karendavi        Page 1 of 1        Date Rcvd: Jul 29, 2016
                          Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.
4753046          Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jason Paul Provinzano    on behalf of Joint Debtor Rebecca Marie Levandoski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor Sean Bernard Levandoski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-04388-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Sean Bernard Levandoski
545 Front St
Warrior Run PA 18706-1129

Rebecca Marie Levandoski
545 Front St
Warrior Run PA 18706-1129

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/28/2016.

Name and Address of Alleged Transferor(s):

Claim No. 17: Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/31/16

Terrence S. Miller
**CLERK OF THE COURT**