# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sean Bernard Levandoski and Rebecca Marie Levandoski<br><br>        Debtor(s) | BKY. NO. 15-04388 JJT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: bac)

                                                    Respectfully submitted,

                                                    **/s/ Thomas Puleo**
                                                    Thomas Puleo, Esquire
                                                    James C. Warmbrodt, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 825-6306  FAX (215) 825-6406
                                                    Attorney for Movant/Applicant