```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                            Case No. 15-04388-JJT
Sean Bernard Levandoski                                           Chapter 13
Rebecca Marie Levandoski
        Debtors
                          CERTIFICATE OF NOTICE
District/off: 0314-5        User: CGambini          Page 1 of 1         Date Rcvd: Feb 21, 2017
                            Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
    +Emery-Waterhouse,   Attn Payroll Dept,   PO Box 659 Rand Road,   Portland, ME 04104-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                        Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Jason Paul Provinzano   on behalf of Joint Debtor Rebecca Marie Levandoski MyLawyer@JPPLaw.com, G17727@notify.cincompass.com
        Jason Paul Provinzano   on behalf of Debtor Sean Bernard Levandoski MyLawyer@JPPLaw.com, G17727@notify.cincompass.com
        Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 6

UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| SEAN BERNARD LEVANDOSKI | : | CHAPTER 13 |
|     MOVANT | : | |
| | : | CASE NO.: 5-15-bk-04388-JJT |
| vs | : | |
| | : | |
| EMERY-WATERHOUSE | : | |
| | : | |
|   and | : | |
| | : | MOTION TO AUTHORIZE |
| CHARLES J. DEHART, III, ESQ. | : | WAGE ATTACHMNET |
|     RESPONDENTS | : | |

_____

## ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition Under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby ORDERED that until further Order of this Court:

Attn: Payroll Department
Emery-Waterhouse
PO Box 659 Rand Road
Portland, Maine 04104

shall deduct from said Debtor's income the total sum identified below from each weekly paycheck, beginning on the next day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee / Trustee | Amount Per Weekly Paycheck | Memo Line Text |
|---|---|---|
| Charles J. DeHart, III, Esquire<br>PO Box 7005<br>Lancaster, PA 17604 | $37.40 | 5:15-bk-04388-JJT |

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor except the amount required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number 5:15-bk-04388 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this ORDER supersedes previous Orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order, three (3) years and eight (8) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.

Dated: February 21, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)