UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br><br>Sean Bernard Levandoski,<br>*aka* Sean B. Levandoski,<br>*aka* Sean Levandoski,<br>*and* Rebecca Marie Levandoski,<br>*aka* Rebecca Levandoski,<br>*aka* Rebecca M. Levandoski,<br>*fka* Rebecca Marie Brown,<br>*fka* Rebecca Marie Burridge,<br><br>    Debtors,<br><br>Bank of America, N.A., its assignees and/or successors in interest,<br><br>    Movant,<br><br>and<br><br>Sean Bernard Levandoski<br>*and* Rebecca Marie Levandoski;<br>Charles J. DeHart, III, Trustee,<br><br>    Respondents. | Bk. No. 5:15-bk-04388-JJT<br><br><br>CHAPTER 13<br><br><br>**HEARING DATE:**<br>Thursday July 6, 2017<br>9:30 a.m.<br><br><br>**Nature of Proceeding:**<br>Motion for Relief from Automatic Stay |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

    CHECK ONE:

____    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

 X    The undersigned counsel certifies as follows:

    (1)    A settlement has been reached which will be reduced to writing, executed and filed
within (please check only one).

         X    Thirty (30) days.

1

      _____  Forty-five (45) days.

      _____  Sixty (60) days.

(2)   If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)   Contemporaneous with the filing of this request, the undersigned has served a copy
of this request upon all counsel participating in this proceeding.

Dated: June 29, 2017                            /s/ Jason Brett Schwartz
                                                          Jason Brett Schwartz, Esquire
                                                          Attorney for Movant