IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILKES-BARRE DIVISION

IN RE: SEAN BERNARD LEVANDOSKI and REBECCA MARIE LEVANDOSK

CASE NO. 5-15-BK-04388

CLAIM: 6

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, Cach, Llc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**CACH, LLC**
**4340 S MONACO ST**
**FL 2**
**DENVER CO 80237-3485**

To the new address below:

**CACH, LLC**
**PO Box 10587**
**Greenville SC 29603-0587**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Susan Gaines                                            Date: 7/5/2017
Susan Gaines
Telephone: (877) 264-5884