```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 15-04388-RNO
Sean Bernard Levandoski                                                 Chapter 13
Rebecca Marie Levandoski
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: CGambini              Page 1 of 1              Date Rcvd: Apr 30, 2019
                             Form ID: pdf010             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
           +Emery-Waterhouse,    Attn Payroll Dept,    PO Box 659 Rand Road,    Portland, ME 04104-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jason Brett Schwartz    on behalf of Creditor    BANK OF AMERICA, N.A. JSchwartz@mesterschwartz.com
              Jason Paul Provinzano    on behalf of Debtor 2 Rebecca Marie Levandoski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 Sean Bernard Levandoski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                               :
                                     :    CHAPTER 13
Sean Bernard Levandoski              :
                                     :    Case No.:    5:15-bk-04388-RNO
            Movant                   :
    vs                               :
                                     :
Emery-Waterhouse                     :
                                     :
    and                              :
                                     :    Motion to Terminate Wage Attachment
Charles J. DeHart, III, Esquire      :
            Respondents              :

---

## ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW upon consideration of the above-referenced Debtor having filed a Motion to Terminate Wage Attachment, it is hereby ORDERED that:

Attn: Payroll Department
Emery-Waterhouse
PO Box 659 Rand Road
Portland, Maine 04104

shall terminate the below mentioned payroll deduction from said Debtor's income, beginning on the next day following receipt of this Order.

| Payee / Trustee | Amount Per Weekly Paycheck | Memo Line Text |
| --- | --- | --- |
| Charles J. DeHart, III, Esq.<br>PO Box 7005<br>Lancaster, PA 17604 | $37.40 | 5:15-bk-04388-RNO |

Dated:  April 30, 2019          By the Court,

                                _____
                                Robert N. Opel, II, Chief Bankruptcy Judge (RR)