

**PSECU**®

8/13/2020 FILED WILKES-BARRE 2020 AUG 17 AM 11:52 U.S. BANKRUPTCY COURT

U S Bankruptcy Court
Attn: Claims Clerk
197 South Main Street, Room 274
Wilkes-Barre, PA 18701

Re: Sean & Rebecca Levandoski
    PSECU Acct. No. XXXXXX8259-L10
    Case No. 15-04388

Dear Clerk:

Please withdraw Proof of Claim #8 filed on 11/24/2015 in the amount of $12,609.58 as the remaining balance has been forgiven as part of a legal settlement in class action litigation involving the Vehicle loan ID L10.

If you have any questions, please contact me at **800.237.7328, extension 3115.**

Sincerely,

Scott Smith
PSECU

©PSECU 21237332 0820

THIS CREDIT UNION IS FEDERALLY INSURED BY THE NATIONAL CREDIT UNION ADMINISTRATION. EQUAL OPPORTUNITY LENDER.