United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 15-04388-RNO
Sean Bernard Levandoski  Chapter 13
Rebecca Marie Levandoski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Feb 18, 2021      Form ID: 3180W      Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Sean Bernard Levandoski, Rebecca Marie Levandoski, 545 Front St, Warrior Run, PA 18706-1129 |
| cr | + | Carrington Mortgage Services, LLC (servicing right, c/o Prober & Raphael, A Law Corporation, 1600 South Douglass Road, Anaheim,, CA 92806-5948 |
| 4707429 | | ATT, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 4750758 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 5297652 | + | Carrington Mortgage Services LLC et al, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 4707436 | + | Dish Network, 800 SW 39th St, Renton, WA 98057-4927 |
| 4707439 | + | Ge Capital Retail Bank, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4707440 | + | Ge Money Retail Bank, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 4707441 | | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 4707442 | | Geisinger Wyoming Valley, 3 Cityplace Dr Ste 690, Saint Louis, MO 63141-7089 |
| 4707443 | | Hsbc Bank Nevada, PO Box 27288, Tempe, AZ 85285-7288 |
| 4707428 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 4707427 | | Levandoski Rebecca Marie, 545 Front St, Warrior Run, PA 18706-1129 |
| 4707426 | | Levandoski Sean Bernard, 545 Front St, Warrior Run, PA 18706-1129 |
| 4707451 | | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 4710075 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 4707455 | | Service Electric, 15 J Campbell Collins Dr, Wilkes Barre, PA 18702-6636 |
| 4707461 | | Vivint/Apx Alarm, 313 E 1200 S, Orem, UT 84058-6972 |
| 4707462 | | Warrior Run Sewer O&M Account, PO Box 2779, Wilkes Barre, PA 18703-2779 |
| 4707464 | | Wyoming Valley Sanitary Authority, PO Box 33A, Wilkes-Barre, PA 18703 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 18 2021 23:53:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4752622 | + | EDI: CINGMIDLAND.COM | Feb 18 2021 23:53:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4730898 | | EDI: AIS.COM | Feb 18 2021 23:53:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4753046 | | EDI: BANKAMER.COM | Feb 18 2021 23:53:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 4707430 | | EDI: BANKAMER.COM | Feb 18 2021 23:53:00 | Bk of Amer, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 4707433 | EDI: CAPITALONE.COM | Feb 18 2021 23:53:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 4707431 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 19:54:44 | Cach, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 4707432 | EDI: CAPITALONE.COM | Feb 18 2021 23:53:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4712481 | EDI: CAPITALONE.COM | Feb 18 2021 23:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4816756 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 18 2021 19:39:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 4816757 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 18 2021 19:39:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 4707434 | Email/Text: bankruptcy@cavps.com | Feb 18 2021 19:39:00 | Cavalry Portfolio Serv, PO Box 27288, Tempe, AZ 85285-7288 |
| 4711352 | + Email/Text: bankruptcy@cavps.com | Feb 18 2021 19:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4707435 | + EDI: CONVERGENT.COM | Feb 18 2021 23:53:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 4707437 | Email/Text: bknotice@ercbpo.com | Feb 18 2021 19:39:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 4707438 | + EDI: AMINFOFP.COM | Feb 18 2021 23:53:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 4707444 | EDI: PARALONMEDCREDT | Feb 18 2021 23:53:00 | Medicredit, Inc, PO Box 411187, Saint Louis, MO 63141-3187 |
| 4707445 | EDI: MID8.COM | Feb 18 2021 23:53:00 | Midland Credit Management, Inc, PO Box 60578, Los Angeles, CA 90060-0578 |
| 4707446 | Email/Text: cowens@nationwideacceptance.com | Feb 18 2021 19:39:00 | Nationwide Acceptance, 105 Decker Ct Ste 725, Irving, TX 75062-2815 |
| 4707448 | EDI: AGFINANCE.COM | Feb 18 2021 23:53:00 | OneMain Financial, PO Box 70911, Charlotte, NC 28272-0911 |
| 4707447 | EDI: AGFINANCE.COM | Feb 18 2021 23:53:00 | Onemain Fi, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 4707449 | Email/Text: bankruptcynotices@psecu.com | Feb 18 2021 19:39:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4707450 | Email/Text: bankruptcynotices@psecu.com | Feb 18 2021 19:39:00 | PA Sta Empcu, 1 Credit Union Pl, Harrisburg, PA 17110-2912 |
| 4732923 | + Email/Text: csc.bankruptcy@amwater.com | Feb 18 2021 19:39:00 | PENNSYLVANIA AMERICAN WATER, PO BOX 578, ALTON, IL 62002-0578 |
| 4925308 | EDI: PRA.COM | Feb 18 2021 23:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4925309 | EDI: PRA.COM | Feb 18 2021 23:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4733136 | EDI: PRA.COM | Feb 18 2021 23:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4725673 | + Email/Text: bankruptcynotices@psecu.com | Feb 18 2021 19:39:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4707453 | + EDI: PRA.COM | Feb 18 2021 23:53:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 4720578 | EDI: Q3G.COM | Feb 18 2021 23:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4710075 | EDI: AISSPRINT | Feb 18 2021 23:53:00 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 4707454 | EDI: RMSC.COM | Feb 18 2021 23:53:00 | Sams Club / Gemb, Attention: Bankruptcy Department, PO Box 103104, Roswell, GA 30076-9104 |
| 4707456 | EDI: RMSC.COM | Feb 18 2021 23:53:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 4752551 | EDI: RMSC.COM | Feb 18 2021 23:53:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 4709317 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 18 2021 20:00:03 | U.S. Department of Housing and Urban Development, U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |
| 4707457 | Email/Text: bkrcy@ugi.com | Feb 18 2021 19:39:00 | UGI Penn Natural Gas, Inc, PO Box 15533, Wilmington, DE 19886-5533 |
| 4707458 | Email/Text: bkrcy@ugi.com | Feb 18 2021 19:39:00 | UGI Utilities, Inc., Electric Service, PO Box 15523, Wilmington, DE 19886-5523 |
| 4730747 | Email/Text: bkrcy@ugi.com | Feb 18 2021 19:39:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612-3009 |
| 4707459 | EDI: VERIZONCOMB.COM | Feb 18 2021 23:53:00 | Verizon, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 4707460 | EDI: VERIZONCOMB.COM | Feb 18 2021 23:53:00 | Verizon Wireless, PO Box 49, Lakeland, FL 33802-0049 |
| 4707463 | EDI: BLUESTEM | Feb 18 2021 23:53:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4707452 | ## | Perfection Collection, 313 E 1200 S, Orem, UT 84058-6972 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | on behalf of Creditor BANK OF AMERICA N.A. JSchwartz@mesterschwartz.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Rebecca Marie Levandoski MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Sean Bernard Levandoski MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Joshua I Goldman | on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Kristen D Little | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Bank of America N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Thomas I Puleo | on behalf of Creditor BANK OF AMERICA N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sean Bernard Levandoski<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1227<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rebecca Marie Levandoski<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5212<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–04388–RNO | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sean Bernard Levandoski
aka Sean B. Levandoski, aka Sean Levandoski

Rebecca Marie Levandoski
aka Rebecca Levandoski, aka Rebecca M. Levandoski, fka Rebecca Marie Brown, fka Rebecca Marie Burridge

2/18/21

**By the court:** Robert N. Opel II
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**